No. 56968.—A. N. Deringer, Inc. v. United States, protests 172384–K and 173076–K (Ogdensburg).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.   Protest 172384–K having been abandoned as to entry A–1149 was dismissed insofar as it relates to said entry.

BEFORE THE THIRD DIVISION, DECEMBER 9, 1952

No. 56969.—Perry H. Chipurnoi v. United States, protest 119036–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of coconut meat in tins the same in all material respects as that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.

No. 56970.—North Atlantic Seed Co., Inc. v. United States, protests 164366–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.